Brent R. Phillips (*pro hac vice*)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant LENDVIA, LLC



**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

LIZA MISEL, individually and on behalf Of all others similarly situated,

Plaintiffs,

v.

LENDVIA, LLC

Defendant.

Case No.: 8:25-cv-01034-KKM-AEP

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT LENDVIA, LLC; AND DEMAND FOR A JURY TRIAL**

Defendant LENDVIA, LLC ("DEFENDANT"), by and through undersigned counsel, answers Plaintiff LIZA MIZEL'S ("Plaintiff"), individually and on behalf of all others similarly situated, Complaint as follows:

1. Answering paragraph 1 of the Complaint, DEFENDANT denies the allegations contained in paragraph 1 of the Complaint.

2. Answering paragraph 2 of the Complaint, DEFENDANT denies the allegations contained in paragraph 2 of the Complaint.

3. Answering paragraph 3 of the Complaint, DEFENDANT is without

sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and therefore denies the allegations.

4. Answering paragraph 4 of the Complaint, DEFENDANT denies the allegations contained in paragraph 4 of the Complaint.

5. Answering paragraph 5 of the Complaint, DEFENDANT denies the allegations contained in paragraph 5 of the Complaint.

6. Answering paragraph 6 of the Complaint, DEFENDANT denies the allegations contained in paragraph 6 of the Complaint.

7. Answering paragraph 7 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and therefore denies the allegations.

8. Answering paragraph 8 of the Complaint, DEFENDANT admits the allegations contained in paragraph 8 of the Complaint.

9. Answering paragraph 9 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, and therefore denies the allegations.

10. Answering paragraph 10 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies the allegations.

11. Answering paragraph 11 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and therefore denies the allegations.

12. Answering paragraph 12 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies the allegations.

13. Answering paragraph 13 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore denies the allegations.

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

14. Answering paragraph 14 of the Complaint, DEFENDANT denies the allegations contained in paragraph 14 of the Complaint.

15. Answering paragraph 15 of the Complaint, DEFENDANT denies the allegations contained in paragraph 15 of the Complaint.

16. Answering paragraph 16 of the Complaint, DEFENDANT denies the allegations contained in paragraph 16 of the Complaint.

17. Answering paragraph 17 of the Complaint, DEFENDANT denies the allegations contained in paragraph 17 of the Complaint.

18. Answering paragraph 18 of the Complaint, DEFENDANT denies the allegations contained in paragraph 18 of the Complaint.

19. Answering paragraph 19 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint, and therefore denies the allegations.

20. Answering paragraph 20 of the Complaint, DEFENDANT denies the allegations contained in paragraph 20 of the Complaint.

21. Answering paragraph 21 of the Complaint, DEFENDANT denies the allegations contained in paragraph 21 of the Complaint.

22. Answering paragraph 22 of the Complaint, DEFENDANT denies the allegations contained in paragraph 22 of the Complaint.

23. Answering paragraph 23 of the Complaint, DEFENDANT denies the allegations contained in paragraph 23 of the Complaint.

24. Answering paragraph 24 of the Complaint, DEFENDANT denies the allegations contained in paragraph 24 of the Complaint.

25. Answering paragraph 25 of the Complaint, DEFENDANT denies the allegations contained in paragraph 25 of the Complaint.

26. Answering paragraph 26 of the Complaint, DEFENDANT denies the allegations contained in paragraph 26 of the Complaint.

27. Answering paragraph 27 of the Complaint, DEFENDANT denies the

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

allegations contained in paragraph 27 of the Complaint.

28. Answering paragraph 28 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint, and therefore denies the allegations.

29. Answering paragraph 29 of the Complaint, DEFENDANT denies the allegations contained in paragraph 29 of the Complaint.

30. Answering paragraph 30 of the Complaint, DEFENDANT denies the allegations contained in paragraph 30 of the Complaint.

31. Answering paragraph 31 of the Complaint, DEFENDANT denies the allegations contained in paragraph 31 of the Complaint.

32. Answering paragraph 32 of the Complaint, DEFENDANT denies the allegations contained in paragraph 32 of the Complaint.

33. Answering paragraph 33 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint, and therefore denies the allegations.

34. Answering paragraph 34 of the Complaint, paragraph 34 of the Complaint does not allege any fact to which to respond.

35. Answering paragraph 35 of the Complaint, paragraph 35 of the Complaint does not allege any fact to which to respond.

36. Answering paragraph 36 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint, and therefore denies the allegations.

37. Answering paragraph 37 of the Complaint, DEFENDANT denies the allegations contained in paragraph 37 of the Complaint.

38. Answering paragraph 38 of the Complaint, DEFENDANT denies the allegations contained in paragraph 38 of the Complaint.

39. Answering paragraph 39 of the Complaint, DEFENDANT denies the allegations contained in paragraph 39 of the Complaint.

40. Answering paragraph 40 of the Complaint, DEFENDANT denies the allegations contained in paragraph 40 of the Complaint. .

41. Answering paragraph 41 of the Complaint, DEFENDANT denies the allegations contained in paragraph 41 of the Complaint.

42. Answering paragraph 42 of the Complaint, DEFENDANT denies the allegations contained in paragraph 42 of the Complaint.

43. Answering paragraph 43 of the Complaint, paragraph 43 does not allege any facts to which to respond.

44. Answering paragraph 44 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint, and therefore denies the allegations.

45. Answering paragraph 45 of the Complaint, DEFENDANT denies the allegations contained in paragraph 45 of the Complaint.

46. Answering paragraph 46 of the Complaint, DEFENDANT denies the allegations contained in paragraph 46 of the Complaint.

47. Answering paragraph 47 of the Complaint, DEFENDANT denies the allegations contained in paragraph 47 of the Complaint.

48. Answering paragraph 48 of the Complaint, DEFENDANT denies the allegations contained in paragraph 48 of the Complaint.

49. Answering paragraph 49 of the Complaint, DEFENDANT denies the allegations contained in paragraph 49 of the Complaint.

50. Answering paragraph 50 of the Complaint, DEFENDANT denies the allegations contained in paragraph 50 of the Complaint.

51. Answering paragraph 51 of the Complaint, DEFENDANT denies the allegations contained in paragraph 51 of the Complaint.

52. Answering paragraph 52 of the Complaint, DEFENDANT denies the allegations contained in paragraph 52 of the Complaint.

53. Answering paragraph 53 of the Complaint, paragraph 53 does not allege any

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

facts to which to respond.

54. Answering paragraph 54 of the COMPLAINT, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint, and therefore denies the allegations.

55. Answering paragraph 55 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint, and therefore denies the allegations.

56. Answering paragraph 56 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint, and therefore denies the allegations.

57. Answering paragraph 57 of the Complaint, DEFENDANT denies the allegations contained in paragraph 57 of the Complaint.

58. Answering paragraph 58 of the Complaint, DEFENDANT denies the allegations contained in paragraph 58 of the Complaint.

59. Answering paragraph 59 of the Complaint, DEFENDANT denies the allegations contained in paragraph 59 of the Complaint.

60. Answering paragraph 60 of the Complaint, DEFENDANT denies the allegations contained in paragraph 60 of the Complaint.

61. Answering paragraph 61 of the Complaint, DEFENDANT denies the allegations contained in paragraph 61 of the Complaint.

62. Answering paragraph 62 of the Complaint, DEFENDANT denies the allegations contained in paragraph 62 of the Complaint.

63. Answering paragraph 63 of the Complaint, DEFENDANT denies the allegations contained in paragraph 63 of the Complaint.

64. Answering paragraph 64 of the Complaint, DEFENDANT denies the allegations contained in paragraph 64 of the Complaint.

65. Answering paragraph 65 of the Complaint, DEFENDANT denies the allegations contained in paragraph 65 of the Complaint.

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

66. Answering paragraph 66 of the Complaint, paragraph 66 of the Complaint does not allege a fact to which to respond.

67. Answering paragraph 67 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint, and therefore denies the allegations.

68. Answering paragraph 68 of the Complaint, DEFENDANT denies the allegations contained in paragraph 68 of the Complaint.

69. Answering paragraph 69 of the Complaint, DEFENDANT denies the allegations contained in paragraph 69 of the Complaint.

70. Answering paragraph 70 of the Complaint, DEFENDANT denies the allegations contained in paragraph 70 of the Complaint.

71. Answering paragraph 71 of the Complaint, DEFENDANT denies the allegations contained in paragraph 71 of the Complaint.

72. Answering paragraph 72 of the Complaint, DEFENDANT denies the allegations contained in paragraph 72 of the Complaint.

73. Answering paragraph 73 of the Complaint, DEFENDANT denies the allegations contained in paragraph 73 of the Complaint.

74. Answering paragraph 74 of the Complaint, DEFENDANT denies the allegations contained in paragraph 74 of the Complaint.

75. Answering paragraph 75 of the Complaint, DEFENDANT denies the allegations contained in paragraph 75 of the Complaint.

76. Answering paragraph 76 of the Complaint, DEFENDANT denies the allegations contained in paragraph 76 of the Complaint.

77. Answering paragraph 77 of the Complaint, DEFENDANT denies the allegations contained in paragraph 77 of the Complaint.

78. Answering paragraph 78 of the Complaint, DEFENDANT denies the allegations contained in paragraph 78 of the Complaint.

79. Answering paragraph 79 of the Complaint, paragraph 79 does not allege any

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

facts to which to respond.

80. Answering paragraph 80 of the Complaint, DEFENDANT is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint, and therefore denies the allegations.

81. Answering paragraph 81 of the Complaint, DEFENDANT denies the allegations contained in paragraph 81 of the Complaint.

82. Answering paragraph 82 of the Complaint, DEFENDANT denies the allegations contained in paragraph 82 of the Complaint.

83. Answering paragraph 83 of the Complaint, DEFENDANT denies the allegations contained in paragraph 83 of the Complaint.

84. Answering paragraph 84 of the Complaint, DEFENDANT denies the allegations contained in paragraph 84 of the Complaint.

85. Answering paragraph 85 of the Complaint, DEFENDANT denies the allegations contained in paragraph 85 of the Complaint.

86. Answering paragraph 86 of the Complaint, DEFENDANT denies the allegations contained in paragraph 86 of the Complaint.

87. Answering paragraph 87 of the Complaint, DEFENDANT denies the allegations contained in paragraph 87 of the Complaint.

88. Answering paragraph 88 of the Complaint, DEFENDANT denies the allegations contained in paragraph 88 of the Complaint.

89. Answering paragraph 89 of the Complaint, DEFENDANT denies the allegations contained in paragraph 89 of the Complaint.

90. Answering paragraph 90 of the Complaint, DEFENDANT denies the allegations contained in paragraph 90 of the Complaint.

91. Answering paragraph 91 of the Complaint, DEFENDANT denies the allegations contained in paragraph 91 of the Complaint.

///

///

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CAUSE OF ACTION)

The Complaint fails to state facts sufficient to constitute a cause of action against DEFENDANT.

### SECOND AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Plaintiff and/or proposed class members by their own acts and/or omissions are estopped from recovering at all against DEFENDANT.

### THIRD AFFIRMATIVE DEFENSE

### (CONSENT)

Plaintiff and/or proposed class members by their own words and conduct consented to the alleged contacts by DEFENDANT.

### FOURTH AFFIRMATIVE DEFENSE

### (LACK OF STANDING)

Plaintiff and/or proposed class members lack standing to bring this lawsuit against DEFENDANT.

### FIFTH AFFIRMATIVE DEFENSE

### (STATUTES OF LIMITATION)

Plaintiff's and/or proposed class members' causes of action, and each of them, are barred by the applicable statutes of limitation.

### SIXTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

DEFENDANT denies that Plaintiff and/or proposed class members have been damaged in any sum or sums, but to the extent Plaintiff and/or proposed class members have been damaged, those damages should be reduced based on their failure to mitigate.

///

///

## SEVENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

Plaintiff and/or proposed class members are barred from presenting their claims before the court based on the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

## (LACHES)

Plaintiff's and/or proposed class members' claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

## (INTERVENING OR SUPERSEDING CAUSE)

The damages that Plaintiff and/or proposed class members claim to have suffered were caused or made worse by an event that occurred after the incident complained of.

## TENTH AFFIRMATIVE DEFENSE

## (LACK OF DAMAGES)

Plaintiff's and/or proposed class members' claims are barred in that they have not been damaged.

## ELEVENTH AFFIRMATIVE DEFENSE

## (WAIVER)

Plaintiff's and/or proposed class members' claims are barred based on the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE

## (JOINDER)

Plaintiff has failed to join indispensable parties with which a full, complete and equitable adjudication can be made in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

## (ACTS OF OTHER PARTIES)

DEFENDANT alleges that, if it is subject to any liability by Plaintiff and/or proposed class members herein, it will be due in whole or in part to the acts and/or

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiffs and/or proposed class members, should be barred or reduced according to law, up to and including the whole thereof.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(ABSENCE OF NECESSARY PARTIES)**

The purported claims and causes of action alleged by Plaintiff require, for their complete adjudication, the joining of additional, necessary or indispensable parties, without whom the purported claims and causes of action cannot be fully, finally and completely resolved.

**FIFTEETH AFFIRMATIVE DEFENSE**

**(ARBITRATION)**

The purported claims and causes of action alleged by Plaintiffs and/or proposed class members have agreed and consented to arbitration as the exclusive forum for resolving the claims and cause of actions alleged in this action.

PHILLIPS LAW CORPORATION

DATED: July 8, 2025

By: Brent R. Phillips
BRENT R. PHILLIPS
Attorneys for Defendant
LENDVIA, LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**DEMAND FOR A JURY TRIAL**

PLEASE TAKE NOTICE that Defendant LENDVIA, LLC hereby demands a trial by jury in this action.

PHILLIPS LAW CORPORATION

DATED: July 8, 2025

By: Brent R. Phillips
BRENT R. PHILLIPS
RONALD A. GORRIE
Attorneys for Defendant
LENDVIA, LLC

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On July 8, 2025, I served by electronic service through the United States District Court for the Middle District of Florida's CM/ECF electronic filing system to the following parties:

| | |
|---|---|
| Christopher Gold, Esq.<br>GOLD LAW, PA<br>350 Lincoln Road, 2nd Floor<br>Miami Beach, FL 33139<br>Tel: (305) 900-4653<br>E-mail: chris@chrisgoldlaw.com | **Plaintiffs LIZA MIZEL, individually and on behalf of all others similarly situated** |

the following document(s) listed below:

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT LENDVIA, LLC; AND DEMAND FOR A JURY TRIAL**

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on July 8, 2025, at Santa Ana, California.

Brent R. Phillips
Brent R. Phillips