**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LIZA MIZEL,

Plaintiff,

v.

LENDVIA, LLC,

Defendant.

Case No. 8:25-cv-01034-KKM-AEP

# NOTICE OF SETTLEMENT

Plaintiff Liza Mizel, by and through undersigned counsel, submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal document with the Court.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Christopher Gold*
Christopher Gold, Esq.
Florida Bar No. 088733
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach FL
33139

Tel: 305-900-4653
chris@chrisgoldlaw.c
om

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Christopher Gold*
Christopher Gold